Hanwei Cheng, Esq., SBN 248803
  hanwei.cheng@adlilaw.com
Shanda Y. Lowe, Esq. SBN 278602
  shanda.lowe@adlilaw.com
ADLI LAW GROUP P.C.
444 South Flower Street, Suite 3100
Los Angeles, California 90071
(213) 623-6546 - Telephone
(213) 623-6554 - Facsimile

Attorneys for Plaintiff
BREW THRU, INC.

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BREW THRU, INC., a North Carolina Corporation,<br><br>*Plaintiff*,<br><br>v.<br><br>REVEL SYSTEMS, INC., a Delaware Corporation,<br><br>*Defendant*. | Case No. CV 15-07620-BRO (KLSx)<br><br>ORDER ON<br>**NOTICE OF VOLUNTARY DISMISSAL OF REVEL SYSTEMS, INC. WITHOUT PREJUDICE** |

- 1 -
**NOTICE OF VOLUNTARY DISMISSAL**

Case 2:15-cv-07620-BRO-KS   Document 28   Filed 11/13/15   Page 2 of 2   Page ID #:226

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE THAT Plaintiff BREW THRU, INC., a North Carolina Corporation, hereby dismisses Defendant REVEL SYSTEMS, INC., a Delaware Corporation, *without prejudice,* pursuant to Fed. R. Civ. P. 41(a)(1).

Dated: November 12, 2015                     ADLI LAW GROUP P.C.

                                             By: _____
                                                 Hanwei Cheng, Esq.
                                                 Attorneys for Plaintiffs

IT IS SO ORDERED.

DATED: November 13, 2015

_____
UNITED STATES DISTRICT JUDGE

- 2 -
NOTICE OF VOLUNTARY DISMISSAL